## 9719

### AIKEN v. GILMORE.

(97 S. E. 1048.)

APPEAL AND ERROR—REVIEW.—Decision in *Aiken* v. *Seabury* (92 S. E. 1048), 107 S. C. —, followed.

Before SEASE, J., Orangeburg, March, 1917.    Affirmed.

Action by Frances Aiken against Monroe Gilmore. From a judgment of the Circuit Court dismissing an appeal from a judgment of a magistrate for defendant, plaintiff appeals.

*Messrs. Brantley & Zeigler,* for appellant.

*Mr. J. Stokes Salley,* for respondent.

July 3, 1917.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

This case and that of Frances Aiken, plaintiff-appellant, against Buddy Seabury, defendant-respondent, 92 S. E. 1048, in which the judgment of the Circuit Court has just been affirmed, were heard together.

There is no difference in principle between the two cases. Affirmed.